UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS SCOTT CURRI, an individual

       Plaintiff,

v.                                          Case No:   2:13-cv-473-FtM-38UAM

DMS HOSPITALITY LLC, MATT
HANSON and DARRELL HANSON,

       Defendants.
_____/

# ORDER[1]

This matter comes before the Court on Unopposed Motion to Hold Settlement Conference Telephonically (Doc. #17) filed on September 18, 2013. The Counsels for the Parties are located in different cities within Florida; Naples and Orlando respectively. Plaintiff contends it would pose an undue burden for the Parties to travel for the purposes of holding the settlement conference. Therefore, pursuant to Local Rule 3.01(i), Plaintiff requests that the settlement conference be held telephonically and Defendants do not oppose this motion.

The Court strongly believes that settlement conferences are most effective when attended by the Parties and their respective counsel in person.  The Court's Scheduling Order states that "counsel for Plaintiff and Defendant shall meet and confer in person in a good faith effort to settle all pending issues, including attorneys' fees and costs." (Doc.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

# 15, p. 2, ¶ 4).  The Court is not inclined to adjust the terms of the Scheduling Order simply because the attorneys for the Parties will have to travel from one coast of Florida to the other.  See Rafer v. Pursley, No. 8:09-cv-109-T-33TGW, 2009 WL 1913272, at *1 (M.D. Fla. July 1, 2009) (denying a motion to attend FLSA settlement conference telephonically because the parties counsel lived on opposite coasts).  Therefore, the Motion to attend the settlement conference telephonically is due to be denied.

Accordingly, it is now

**ORDERED:**

Unopposed Motion to Hold Settlement Conference Telephonically (Doc. #17) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of October, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record