UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS SCOTT CURRI, an individual

    Plaintiff,

v.                                                   Case No: 2:13-cv-473-FtM-38UAM

DMS HOSPITALITY LLC, MATT
HANSON and DARRELL HANSON,

    Defendants.
_____/

## **ORDER**[1]

    This matter comes before the Court upon consideration of the Magistrate Judge's Report and Recommendation (Doc. #22) filed on October 25, 2013, recommending: (1) the Parties' Joint Motion for Approval of Settlement and Incorporated Memorandum of Law (Doc. #21), filed on October 24, 2013, be granted; (2) the Settlement Agreement and Release (Doc. #21-1) be approved by the Court as a "fair and reasonable resolution of a bona fide dispute" of the FLSA issues; (3) that this Court adopt the Report and Recommendation; and (4) the Clerk be directed to dismiss this action with prejudice and close the file. No objections have been filed to the Report and Recommendation.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

732 (11th Cir. 1982); cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir.1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now **ORDERED:**

1. The Report and Recommendation (Doc. #22) is hereby **ACCEPTED and ADOPTED** and the findings incorporated herein.

2. The Parties' Joint Motion for Approval of Settlement and Incorporated Memorandum of Law (Doc. #21) is **GRANTED** and the Parties' Settlement Agreement and Release (Doc. #21-1), is **APPROVED** as fair and reasonable.

3. The Clerk shall enter judgment dismissing the case with prejudice, terminate all deadlines and motion, and **CLOSE** the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of November, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record